IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 13-2439

UNITED STATES DEPARTMENT OF THE INTERIOR,
*Petitioner*,

CITY OF LOWELL,
*Intervenor,*

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent,*

BOOTT HYDROPOWER, INC., and ELDRED L. FIELD
HYDROELECTRIC FACILITY TRUST,
*Intervenors.*

**JOINT MOTION TO ADJUST BRIEFING SCHEDULE**

Petitioner United States Department of the Interior (Interior),

Intervenor the City of Lowell, Respondent Federal Energy Regulatory

Commission (the Commission), and Intervenors Boott Hydropower, Inc.,

and Eldred L. Field Hydroelectric Facility Trust (together Boott) jointly

move this Court to adjust the briefing schedule.  The adjustment would

provide additional time for briefing by moving the due date for Interior's

opening brief from February 18 to March 14 and providing the

Commission with three additional weeks to prepare its response brief.

The schedule would also set the due dates for the Intervenors' briefs two

weeks after the brief of the party they support in order to reduce

duplicative briefing.  The proposed schedule is as follows:

Petitioner Interior Opening Brief:  March 14, 2014

Intervenor City of Lowell Brief:  March 28, 2014

Respondent Commission Brief:  May 5, 2014

Intervenor Boott Brief:  May 19, 2014

Petitioner Interior Reply Brief:  June 2, 2014

The attached declarations from counsel for Interior and the Commission

explain why the adjustments are necessary.  This is the first request for

an adjustment to the briefing schedule or an extension of time in this

case.

Respectfully submitted,

s/ *Robert J. Lundman*
Robert J. Lundman
First Circuit Bar No. 1151807
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, DC 20044
(202) 514-2496
robert.lundman@usdoj.gov
*Attorney for Petitioner United States*
*Department of the Interior*

s/ *Gina M. Atwood*
Gina M. Atwood
Assistant City Solicitor
Law Department
The City of Lowell
City Hall, 375 Merrimack Street, 3rd Floor
Lowell, MA 01852
(978) 674-4050
gatwood@lowellma.gov
*Attorney for Intervenor City of Lowell*

s/ *Robert M. Kennedy*
Robert M. Kennedy
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426
Tel: (202) 502-8904
Fax: (202) 273-0901
robert.kennedy@ferc.gov
*Attorney for Respondent Federal Energy*
*Regulatory Commission*

3

 s/ *Richard M. Lorenzo*

Richard M. Lorenzo
Bar No. 47517
Loeb & Loeb, LLP
901 New York Ave. NW
Suite 300 East
Washington, DC. 20001
(202) 618-5000
rlorenzo@loeb.com
*Attorney for Boott Hydropower Inc.,*
*and Eldred L. Field Hydroelectric Facility*
*Trust*

Dated: January 31, 2014

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 13-2439

UNITED STATES DEPARTMENT OF THE INTERIOR,
*Petitioner*,

CITY OF LOWELL,
*Intervenor,*

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent,*

BOOTT HYDROPOWER, INC., and ELDRED L. FIELD
HYDROELECTRIC FACILITY TRUST,
*Intervenors.*

**DECLARATION OF ROBERT J. LUNDMAN**

1.     I am an attorney in the Appellate Section, Environment and

Natural Resources Division, United States Department of Justice.  I am

the attorney with primary responsibility for preparation of Interior's

briefs in this appeal.

2.     This is the parties' first request to adjust the briefing schedule.

The adjusted schedule would move the due date for Interior's opening

brief back 24 days, from February 18, 2014, to March 14, 2014.  I am requesting this extension for several reasons.

3.     First, an extension is required to complete the process of authorizing the petition for review.  The Solicitor General will decide whether to pursue a petition for review on behalf of Interior.  Before the Solicitor General makes that decision, the agency (here, Interior) make a recommendation, and I then have the responsibility for preparing a draft recommendation on behalf of the Assistant Attorney General for the Environment and Natural Resources Division.  The extension is needed so we can properly consider and complete the process of deciding whether to pursue the petition for review here.

4.     Second, an extension is required because of my involvement in other cases.  Starting in late December through January 17, I spent most of my time drafting, coordinating the review of, and finalizing the appellees' brief in *Defenders of Wildlife v. North Carolina Department of Transportation and Federal Highway Administration*, 4th Cir. No. 13-2215.  I filed the brief on January 17, 2014.  Immediately before that, I spent most of my time in December drafting, coordinating the review of,

and finalizing the government's brief in *United States v. Hawkes*, 8th

Cir. No. 13-3067.  I filed that brief on December 20, 2013.

5.      Third, additional time is also needed because Interior's brief must

be reviewed and approved by others in the Department of Justice,

including the Assistant Attorney General for the Environment and

Natural Resources Division, as well as by Interior.  This process usually

takes a week or more.  Without an extension for the brief, the review

process will be truncated and the agency and Department of Justice

management will not have adequate time to review and approve the

brief.

I declare under penalty of perjury that the foregoing is true and

correct.

Executed on January 31, 2014.

Respectfully submitted,

s/ *Robert J. Lundman*
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2496
robert.lundman@usdoj.gov
*Attorney for U.S. Department of the Interior*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 13-2439

UNITED STATES DEPARTMENT OF THE INTERIOR,
*Petitioner*,

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent.*

**DECLARATION OF ROBERT M. KENNEDY**

1.      I am an attorney in the Solicitor's Office of the Federal Energy

Regulatory Commission.  I have primary responsibility for preparing the

Commission's brief in this appeal.

2.      This is the parties' first request to adjust the briefing schedule.  The

adjusted schedule would expand the time frame for the Commission to prepare its

responsive brief by approximately 3 weeks (from 30 days to 52 days).  The

Commission is requesting this extension for several reasons.

3.      First, at any given time, the Commission has numerous cases before

the circuit courts throughout the Nation.  Accordingly, the Commission routinely

requests, and is granted, a sixty-day briefing interval for its responsive briefs.  The

extended interval facilitates efficient coordination of the Commission's case load,

and lessens the possibility of being forced to seek an extension after briefing has

commenced.

4.      Second, an extension is further required here because my involvement

in other cases will take up substantially all of my time through late-March 2014.

In particular, on March 20, 2014, the DC Circuit will hear oral argument in *South

Carolina Public Service Authority v. FERC*, D.C. Cir. 12-1232, *et al*.  This

complex appeal involves fifteen petitioners challenging three FERC orders that

collectively exceed 1,200 pages.  The parties' pending motion before the DC

Circuit proposes more than two hours of oral argument.  I will be handling a

significant portion of the argument on behalf of the Commission.

5.      Third, additional time is appropriate because the Commission will be

responding to both the Department of Interior's opening brief, as well as an

intervenor's brief from the City of Lowell, which is proposed to be filed on March

28, 2014. The Commission understands that these two briefs will raise distinct

issues.  The requested briefing interval will permit the Commission to efficiently

respond to all issues in a concise manner.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2014.

Respectfully submitted,

**/s/ Robert M. Kennedy**
Robert M. Kennedy
Federal Energy Regulatory Commission
888 First Street NE
Washington, D.C. 20426
Tel:  (202) 502-8904
Fax:  (202) 273-0901
robert.kennedy@ferc.gov

3

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014, I electronically filed the
foregoing motion with the United States Court of Appeals for the First
Circuit using the CM/ECF system.  I further certify that the following
parties or their counsel of record are registered as ECF Filers and that
they will be served via the CM/ECF system:

Robert H. Solomon
Robert M. Kennedy
Respondent Federal Energy Regulatory Commission

Richard M. Lorenzo
Intervenor Boott Hydropower Inc. and Eldred L. Field
Hydroelectric Facility Trust

Christine P. O'Connor
Gina M. Atwood
Intervenor City of Lowell

s/ *Robert J. Lundman*
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7415
Washington, D.C. 20044
(202) 514-2496
robert.lundman@usdoj.gov

1